UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LUCAS K. WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF FORT WAYNE and )<br>BOYCE J. BALLINGER, )<br>)<br>Defendants. ) | CASE NO. 1:22-cv-61 |

**COMPLAINT**

Comes now Plaintiff, by counsel, and alleges against the Defendants as follows:

1. The Plaintiff is Lucas K. Williams, a resident of Steuben County, Hudson, Indiana at all materials times to this Complaint.

2. The Defendants include the City of Fort Wayne and Boyce J. Ballinger (previously an Officer for the Fort Wayne Police Department), who violated the Plaintiff's rights by subjecting him to battery and excessive force in violation of his rights under the laws and public policies of the state of Indiana and the United States Constitution.

3. Defendant City of Fort Wayne is named in its representative capacity as the employer of Ballinger and other unidentified law enforcement officers who violated Lucas K. Williams' civil rights.

4. Defendant City of Fort Wayne is also named in its official capacity pursuant to 42 U.S.C. § 1983. At all materials times to this compliant, the City of Fort Wayne was responsible for the policies, practices, procedures, and customs in effect during the George Floyd protests on May 30, 2020, governing the use of force against individuals participating in public protests. It was during this event that the Plaintiff was subjected to excessive and

unreasonable force in violation of his federally protected right against unreasonable seizure, and in violation of his First Amendment right to free speech and freedom of assembly, as well as in violation of his rights under 42 U.S.C. §1983.

5. The United States District Court, Northern District of Indiana has jurisdiction pursuant to 28 U.S.C. §1331.

6. The Plaintiff issued a Tort Claim Notice on November 12, 2020, for the personal injuries received by way of Defendant's tortious conduct, a copy of which is attached hereto, incorporated herein and made apart hereof as Exhibit "1". All administrative remedies have been exhausted, and all jurisdictional prerequisites have been met for the filing of this lawsuit, such that all state law remedies have been preserved.

7. During the evening of May 30, 2020, Lucas K. Williams visited downtown Fort Wayne with three of his fellow friends/citizens and had walked across the Martin Luther King bridge in a southernly direction with the intention of observing what he understood to be a peaceful protest against incidents of law enforcement's use of excessive force and police brutality on George Floyd.

8. Before Lucas Williams and his friends could reach the courthouse area of downtown Fort Wayne to observe this important protest, Plaintiff had decided to turn around. Just then, a group of police squad cars drove up on them on Clinton Street and exited their vehicles yelling and swarming Lucas Williams and his friends.

9. Lucas Williams did not attempt to flee, but stood still and passive. Nevertheless, he was tackled and thrown to the ground by Boyce J. Ballinger.

10. The act of violently tackling him caused Lucas Williams to be slammed to the ground, striking his head and face.

11. Ballinger indicated in his report that Lucas Williams was part of "an unruly group at Freimann Square." Lucas Williams and his friends had not been to Freimann Square at any point that evening, but had been simply walking toward the protest location when Lucas Williams was attacked without justification.

12. Despite having offered no resistance or comments to officers, Lucas Williams' multiple injuries included a concussion and broken nose, as well as abrasions across his face.

13. Lucas Williams was placed under arrest without bail for 44 hours and he was denied medical treatment for his injuries. These injuries caused Lucas Williams physical pain and suffering as a result of his fractured nose, headaches, and other concussion-related symptoms, as well as severe emotional and mental distress, along with a wrongful arrest and detention.

14. The Plaintiff, Lucas Williams, contends that Ballinger, acting as an officer for the City of Fort Wayne police department, subjected him to state tort battery, as well as excessive and unreasonable force in retaliation for peacefully exercising his constitutional rights to peacefully assemble, which was in violation of the Plaintiff's rights under the First and Fourth Amendments to the United States Constitution, § 1983, and the laws and public policies of the state of Indiana and Federal government.

15. The acts of Ballinger were intentional and unconstitutional actions individually as named Defendants and unnamed comrades that were employed by City of Fort Wayne, conducting their actions as a result of the City's unconstitutional and/or constitutionally deficient policies, practices, procedures and/or customs pertaining to the unlawful use of force, including the use of force against citizens peacefully assembling in public and engaging in their right to free speech and to be present at a public protest.

16. In the alternative, the City employed the law enforcement officers that subjected the Plaintiff to the complained of uses of force which constituted battery, and the intentional infliction of emotional distress. As the employer of these officers, the City is vicariously liable for the state torts committed by the officers against the Plaintiff, under the doctrine of *respondeat superior*.

17. The unconstitutional and tortious conduct of the Defendants (each of them) was the direct and proximate cause of the Plaintiff suffering physical injuries, mental suffering, temporary pain and disability, inconvenience, mental anguish, emotional distress, medical bills, and other damages and injuries.

18. The unconstitutional and tortious conduct of the Defendants was intentional, knowing, willful, wanton, and in reckless disregard of the Plaintiff's federally protected rights under the First Amendment, Fourth Amendment, § 1983, and the laws and public policies of the state of Indiana. Imposition of punitive damages is appropriate.

WHEREFORE, Plaintiff respectfully requests judgment against the Defendants, and each of them, for compensatory damages, punitive damages, reasonable attorney's fees and costs, and all other just and proper relief in the premises.

## **JURY DEMAND**

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully Submitted,

GEISLEMAN & BROWN, LLP

*/s/ Dennis R. Brown*
Dennis R. Brown (20813-49)
Dennis H. Geisleman (8254-02)
919 South Harrison Street, Suite 100
Fort Wayne, IN 46802
(260) 420-2001