# GEISLEMAN & BROWN, LLP

DENNIS H. GEISLEMAN
dgeisleman@geislemanlaw.com

DENNIS R. BROWN
dbrown@geislemanlaw.com

919 South Harrison Street, Suite 100
Fort Wayne, Indiana 46802
Telephone (260) 420-2001
Facsimile (260) 420-9565
www.geislemanlaw.com

November 12, 2020

Mr. Steve Reed, Chief of Police
Fort Wayne Police Department
1 East Main Street, Suite 108
Fort Wayne, IN 46802
*Certified Mail #7015 1520 0000 7782 5275*

Ms. Carol Helton
Fort Wayne City Attorney
200 East Berry Street, Suite 430
Fort Wayne, IN 46802
*Certified Mail #7015 1520 0000 7782 5299*

Mr. Thomas C. Henry
Mayor, City of Fort Wayne
200 East Berry Street, Suite 420
Fort Wayne, IN 46802
*Certified Mail #7015 1520 0000 7782 5282*

Indiana Political Subdivision
Risk Management Commission
311 West Washington Street, Suite 300
Indianapolis, Indiana 46204-2787
*Certified Mail #7015 1520 0000 7782 5305*

RE: **TORT CLAIM NOTICE OF LUCAS K. WILLIAMS**
    **Date of loss: 05/30/2020**

Good day:

I represent Lucas K. Williams in the above-captioned matter. Please consider this letter his notice of tort claim as required by I.C. 34-13-3-8 and 34-13-3-10. Set forth below is a short and plain statement describing the facts on which this claim is based.

### *Circumstances which brought about the loss*

On the evening of May 30, 2020, Lucas K. Williams was in downtown Fort Wayne, Indiana, and was in a group of four persons walking northbound on the sidewalk parallel to Clinton Street. Mr. Williams was walking away from the downtown region where protests were underway, but had not been a participant in any of that event. While walking, a police patrol car controlled by Officers Branden Lambiase and Boyce Ballinger pulled to the side of the road, exited the vehicle, and swarmed the group Mr. Williams was in. Mr. Williams did not attempt to flee but was nevertheless tackled by Officer Ballinger. The act of tackling, thereby striking, Mr. Williams was done without provocation and resulted in Mr. Williams hitting the ground hard, specifically with his head and face hitting the ground by way of Officer Ballinger's actions. The subject officer indicated in his report that Mr. Williams was part of "an unruly group at Freimann Square." Mr. Williams had not been to Freimann Square at any point that evening.

EXHIBIT 1

Tort Claim Notice of Lucas K. Williams
November 12, 2020
Page 2

### *Extent of loss*

Lucas Williams sustained multiple injuries in this unnecessary event. When his head struck the pavement, he sustained a concussion and a broken nose, as well as abrasions across his face. Thereafter, he was held in custody without bail for forty-four hours and was denied medical treatment for his injuries. These injuries caused Mr. Williams pain and suffering with facial pain resulting from the fractured nose, headaches, and other concussion-related symptoms, as well as multiple abrasions which haven taken time to heal, in addition to his other losses.

### *Time and place of loss*

The loss took place on May 30, 2020, on the sidewalk parallel to Clinton Street north of Superior Street in Fort Wayne, Allen County, Indiana.

### *Names of persons involved*

1. Lucas K. Williams
2. Officer Branden Lambiase
3. Officer Boyce Ballinger
4. Landon Swogger
5. Connor Davis
6. Kane Elkins

### *Damages*

Damages are undetermined, but include all injuries and losses, including but not limited to physical pain and mental suffering, and for other items described in the "extent of loss" section above. A specific valuation of the injury claim will be made when the full extent of injuries is known.

### *Claimant's Residence:*

Claimant's resident is 221 Parsonage Street, Hudson, IN 46747.

Claimant is represented by attorneys Dennis H. Geisleman and Dennis R. Brown, GEISLEMAN & BROWN, LLP, 919 South Harrison Street, Suite 100, Fort Wayne, IN 46802; telephone number (260) 420-2001.

Tort Claim Notice of Lucas K. Williams
November 12, 2020
Page 3

Very truly yours,

*Dennis Brown* /AW

Dennis R. Brown

cc:   Mr. Lucas Williams