AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LUCAS K. WILLIAMS,
        Plaintiff

v.                        **Civil Action No. 1:22-CV-61   HAB**

CITY OF FORT WAYNE and BOYCE J. BALLINGER
        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

_X_  The Plaintiff Lucas K. Williams recover from the Defendant Boyce J. Ballinger Twenty Thousand Dollars ($20,000.00) in compensatory damages on the claim of false arrest. Plaintiff Lucas K. Williams recover from the Defendant City of Fort Wayne Twenty Thousand Dollars ($20,000.00) in compensatory damages on the claim of false arrest. Plaintiff Lucas K. Williams recover from the Defendant Boyce J. Ballinger Forty Thousand Dollars ($40,000.00) in compensatory damages on the claim of excessive force, including post-judgment interest at the rate of 4.86%.

____  The plaintiff recover nothing, the action is dismissed on the merits, and the Defendant _____ recover costs from the Plaintiff _____.

_X_  Other: Judgment is entered in favor of Plaintiff Lucas K. Williams and against Defendants City of Fort Wayne and Boyce J. Ballinger.

This action was (*check one*):

_X_  tried to a jury with Chief Judge Holly A. Brady, presiding, and the jury has rendered a verdict.

____ tried by Judge _____ without a jury and the above decision was reached.

_X_  decided by _____ on a Motion for _____ . .

DATE:    July 25, 2024                     CHANDA J. BERTA, CLERK OF COURT

                                                             By    s/C. Reed
                                                                   *Signature of Clerk or Deputy Clerk*